# JacksonLewis

## MEMO ENDORSED

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

July 9, 2021

**VIA ECF**
The Honorable Kenneth M. Karas
U.S. District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:  Dr. Shardul Koppar v. Orange Regional Medical Center, Greater Hudson Valley Health Systems, Inc. a/k/a Garnet Health, Dr. Aamir Gilani, Dr. Samer El Zarif, and Dr. Sajid Mir**
**Case No. 7:19-cv-11288-KMK**

Dear Judge Karas:

We represent the Defendants in the above-captioned matter. In accordance with the Order dated May 25, 2021, we submit this letter jointly with Plaintiff's counsel to advise that the parties have completed fact discovery and that no new information has come to light since the May 25, 2021 conference that would change Defendants' request to move for summary judgment. Accordingly, the parties respectfully request the Court's approval of the following briefing schedule: (1) Defendants will file their motion on or before August 26, 2021; (2) Plaintiff will file any opposition on or before September 24, 2021; and (3) Defendants will file any reply on or before October 14, 2021. The parties respectfully request the opportunity to revise this proposed briefing schedule to address any concerns the Court may have with respect to the proposed dates.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Joseph A. Saccomano, Jr.*

Joseph A. Saccomano, Jr.
(914) 872-6903
Joseph.saccomano@jacksonlewis.com
Jackson Lewis P.C.

cc:   All Counsel (via ECF)

The summary judgment briefing schedule is approved.

So Ordered.

*/s/*
7/9/21