UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. SHARDUL KOPPAR,

                            Plaintiff,

      -against-                                       19 **CIVIL** 11288 (KMK)

## JUDGMENT

ORANGE REGIONAL MEDICAL
CENTER, et al.,

                            Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 3, 2022, Defendants' motion for summary judgment is granted and judgment is entered for Defendants Orange Regional Medical Center, Greater Hudson Valley Health System, Inc., a/k/a Garnet Health, Dr. Aamir Gilani, Dr. Samer El Zarif, and Dr. Sajid Mir.

**Dated:** New York, New York

        February 4, 2022

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                                   **BY:**

                                                              **Deputy Clerk**